**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
KIANA ALVARADO, LIANA ARIAS,
SHAKIERRA GRIFFIN, OSCAR RIVERA,
MINAYA RIVERA, JENNIFER HENRY,
BILAL MCCLURE, SHANTA STEVENS,
JADE WILLIAMS, and LASHAY FULLER,

               Plaintiffs,               23 **CIVIL** 8948 (LJL)

    -against-                     **JUDGMENT**

SWEETGREEN, INC., DONALD IZQUIERDO,
and EDWIN VENTURA,

               Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 17, 2024, Plaintiffs' motion to remand this lawsuit to the Supreme Court of the State of New York, Bronx County, Dkt. No. 13, is GRANTED. Defendants' motion to compel arbitration and dismiss the Amended Complaint, Dkt. No. 5, is DENIED as moot; accordingly, the case is closed.

**Dated**: New York, New York
          January 18, 2024

                                                        **RUBY J. KRAJICK**
                                                            **Clerk of Court**

                       **BY:**
                                                           **Deputy Clerk**